DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED'07 JAN 26 16:50USDC-ORP

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Leroy Robbins

      Plaintiff,

vs.

                                     Civil No. 03-cv-00615-HA
                                     Appellate Court No. 04-35890

**Commissioner of Social Security**

      **Defendant.**                  **ORDER GRANTING AWARD
                                       OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for attorney's fees in the amount of $7482.59 for total in the amount of $7482.59, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 26 day of January, 2007.

                                                   _____
                                                   Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**